UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRES SOSA**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 15-cv-1731 (TSC) |
| **CHINA, LLC**, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In light of the Joint Stipulation of Dismissal filed by the parties, (ECF No. 7), this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party to bear its own costs.

Date:  February 16, 2016

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge